O

ANDREW S. CLARE (SBN 050289)
aclare@loeb.com
MARK D. CAMPBELL (SBN 180528)
mcampbell@loeb.com
DONALD A. MILLER (SBN)
dmiller@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:  310-282-2000
Facsimile:   310-282-2200

Attorneys for Plaintiff
POM WONDERFUL LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PURELY JUICE, INC., a Delaware corporation; PAUL HACHIGIAN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  CV-07-02633 CAS (JWJx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

This action came on for trial before the Court, Honorable Christina A. Snyder, District Judge, presiding, and the issues having been duly tried and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff Pom Wonderful LLC ("Plaintiff") shall recover of Defendants Purely Juice, Inc. and Paul Hachigian ("Defendants"), jointly and severally, the sum of $1,498,042, with interest thereon at the rate provided by 28 U.S.C. §1961;

2. Defendants and their successors and assigns, whether acting directly or through any entity, corporation, subsidiary, division, or other device, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service, facsimile, or otherwise, are hereby permanently restrained and enjoined from making, or assisting others in making, directly or by implication, any false or misleading oral or written statement or representation in connection with the labeling, advertising, marketing, promotion, offering for sale, distribution, or sale of Defendants' "100% Pomegranate Juice", including but not limited to:

    a. Misrepresenting, in any manner, directly or by implication, that Defendants' "100% Pomegranate Juice" product is "100% pomegranate juice" or "100% juice"; and

    b. Misrepresenting, in any manner, directly or by implication, that Defendants' "100% Pomegranate Juice" product has "no sugar added";

3. Pursuant to the provisions of Federal Rule of Civil Procedure 68, Plaintiff shall recover costs of suit from Defendants.

Dated: August 6, 2008

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE