**FINK & ABRAHAM LLP**
STEPHEN E. ABRAHAM, ESQ. (STATE BAR NO. 172054)
STEVEN A. FINK, ESQ. (STATE BAR NO. 93762)
3 Corporate Plaza Drive, Suite 230
Newport Beach, California 92660
Telephone: (949) 706-5900
Facsimile: (949) 706-5901

Attorneys for DEFENDANTS PURELY JUICE, INC., and PAUL HACHIGIAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability Company,<br><br>*Plaintiff*,<br><br>v.<br><br>PURELY JUICE, INC., a Delaware corporation; PAUL HACHIGIAN, an individual; and DOES 1-10, inclusive.,<br><br>*Defendants*. | Case No.   CV 07-02633 CAS (JWJx)<br><br>Assigned for all purposes to the Hon. Christina A. Snyder<br><br>**DEFENDANTS' OBJECTIONS TO COST BILL**<br>Hearing date:   TBD<br>Time:   TBD |

Defendants Purely Juice, Inc. and Paul Hachigian submit this Objection to the Cost Bill of Plaintiff Pom Wonderful filed on August 22, 2008, as follows:

1. Service of Summons and Complaint ($633.35). Purely Juice, Inc. is listed in the Secretary of State's records, on its website and on the products that are the subject of this litigation as 660 Newport Center Drive, Suite 400, Newport Beach, California 92660. That address is the business address of Paul Hachigian

also. The Bill of Costs shows both parties were served on 4-20-07 [the typographical error showing service on 4-20-08 is presumed]. As neither party was evading service and the amount charged is exorbitant compared to normal process servers fees of $45.00-75.00.

2. Trial Transcripts ($9,542.88). These transcripts were not requested by the Court nor were they prepared pursuant to stipulation. Local Rule 54-4.5.

3. Mediation Fees ($4,625.00). The mediation at JAMS was not ordered by the Court nor is it a charge authorized by Local Rule 54.

Respectfully submitted.

Dated: September 8, 2008            FINK & ABRAHAM

By: _____
Stephen E. Abraham
Attorneys for DEFENDANTS
PURELY JUICE, INC., and
PAUL HACHIGIAN

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is: 3 Corporate Plaza Drive, Suite 230, Newport Beach, California 92660.

     On September 8, 2008, I served the foregoing documents described as DEFENDANTS' OBJECTIONS TO COST BILL thereon on all interested parties in this action as follows:

| | |
|---|---|
| Mark D. Campbell, Esq.<br>LOEB & LOEB, LLP<br>10100 Santa Monica Boulevard<br>Suite 2200<br>Los Angeles, CA  90067<br>Phone: (310) 282-2000<br>Facsimile: (310) 282-2200 | Representing: Plaintiff POM Wonderful LLC |

[X]   **VIA E-FILING** pursuant to court order.

Executed on September 8, 2008, at Newport Beach, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Stephen E. Abraham

FINK &
ABRAHAM
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
(949) 720-4172 (T)
(949) 720-4111 (F)

37024

1

PROOF OF SERVICE