O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company, | Case No.  CV-07-02633 CAS (JWJx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PURELY JUICE, INC., a Delaware corporation; PAUL HACHIGIAN, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

This action came on for trial before the Court, Honorable Christina A. Snyder, District Judge, presiding.  On July 17, 2008, after a seven day bench trial, the Court ruled in favor of Plaintiff Pom Wonderful LLC, and on August 6, 2008, the Court issued a judgment and permanent injunction.  Subsequently, Plaintiff moved for attorneys' fees and costs of suit (the "Motion").  Now, having considered the Motion and rendering a decision thereon,

1    IT IS ORDERED AND ADJUDGED THAT Plaintiff shall recover from

2  Defendants Purely Juice, Inc. and Paul Hachigian, jointly and severally, the sum of

3  $622,755.52, with interest thereon at the rate provided by 28 U.S.C. §1961.

4

5

6  Dated: October 8, 2008

7  CHRISTINA A. SNYDER
   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28