*WHEN RECORDED MAIL TO:*
Mark D. Campbell
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company,<br><br>PLAINTIFF,<br>v.<br>PURELY JUICE, INC., a Delaware corporation; PAUL HACHIGIAN, an individual; and DOES 1-10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV-07-02633 CAS (JWJx)<br><br>**ABSTRACT OF JUDGMENT/ORDER**<br><br>ORIGINAL ABSTRACT RECORDED IN:  DATE:         INSTRUMENT NO.:<br>Los Angeles County                08/20/08      20081506950-1506951<br>Orange County                     08/20/08      2008000397151 |

I certify that in the above-entitled action and Court, Judgment/Order was entered on August 8, 2008
in favor of Pom Wonderful LLC

whose address is 11444 West Olympic Boulevard, Los Angeles, CA 90064

and against Purely Juice, Inc. and Paul Hachigian, jointly and severally

whose last known address is  660 Newport Center Drive, Newport Beach, CA 92660 (Purely Juice, Inc.)
4 Jupiter Hills Drive, Newport Beach, CA 92660 (Paul Hachigian)

for $ 1,498,042.00    Principal,    $ 0                    Interest,   $ 0           Costs

and $ 0                    Attorney Fees.

ATTESTED this 22 day of December, 2008
                                            Paul Hachigian:
Judgment debtor's driver's license no. and state;  V8090827; California    ☐ Unknown.
Judgment debtor's Social Security number;  Paul Hachigian XXX-XX-6759    ☐ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____.

Judgment debtor's attorney's name and address and/or address at which summons was served:
Stephen Abraham
3 Corporate Plaza, Suite 230
Newport Beach, CA 92660

CLERK, U. S. DISTRICT COURT

By  NATALIE LONGORIA
        Deputy Clerk

**NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (06/01)          AMENDMENT TO ABSTRACT OF JUDGMENT/ORDER
LA1831643.1
202841-10074

DOCKETED ON CM
DEC 2 4 2008
BY 6A    022

American LegalNet, Inc.
www.FormsWorkflow.com

(144)