*WHEN RECORDED MAIL TO:*
Mark D. Campbell
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company,<br><br>PLAINTIFF(S),<br>v.<br>PURELY JUICE, INC., a Delaware corporation; PAUL HACHIGIAN, an individual; and DOES 1-10, inclusive,<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV-07-02633 CAS (JWJx)<br><br>**ABSTRACT OF JUDGMENT/ORDER**<br><br>ORIGINAL ABSTRACT RECORDED IN:  DATE:       INSTRUMENT NO.:<br>Los Angeles County                       10/16/08     20081848275<br>Orange County                              10/16/08     2008000479145 |

I certify that in the above-entitled action and Court, Judgment/Order was entered on **October 9, 2008**

in favor of **Pom Wonderful LLC**

whose address is **11444 West Olympic Boulevard, Los Angeles, CA 90064**

and against **Purely Juice, Inc. and Paul Hachigian, jointly and severally**

whose last known address is **660 Newport Center Drive, Newport Beach, CA 92660 (Purely Juice, Inc.)**
**4 Jupiter Hills Drive, Newport Beach, CA 92660 (Paul Hachigian)**

for $ **622,755.52** Principal, $ **0** Interest, $ **0** Costs

and $ **0** Attorney Fees.

ATTESTED this **22** day of **December**, **2008**

Judgment debtor's driver's license no. and state; Paul Hachigian: **V8090827; California**  ☐ Unknown.

Judgment debtor's Social Security number; **Paul Hachigian: XXX-XX-6789**  ☐ Unknown.

☒ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Stephen Abraham
3 Corporate Plaza, Suite 230
Newport Beach, CA 92660

CLERK, U. S. DISTRICT COURT

By **NATALIE LONGORE**
Deputy Clerk

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

G-18 (06/01)        AMENDMENT TO ABSTRACT OF JUDGMENT/ORDER
LA1831383.1
202841-10074

